UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO (CINCINNATI)

| | |
|---|---|
| KRYSTAN CORNETT,<br>Plaintiff, | CASE NO. 1:18-cv-00861-TSB |
| vs. | JUDGE Timothy S. Black |
| TRANS UNION, LLC,<br>Defendant. | |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Krystan Cornett, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Krystan Cornett against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Krystan Cornett and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

The Clerk shall enter Judgment accordingly, whereupon this case is terminated in this Court.

Date: 4/12/19

*Timothy S. Black*
JUDGE, United States District Court,
Southern District of Ohio

DISTRIBUTION TO:

| Marc E. Dann, Esq.<br>mdann@dannlaw.com | Brian D. Flick, Esq.<br>bflick@dannlaw.com |
|---|---|
| Laura K. Rang, Esq.<br>lrang@schuckitlaw.com | Colin C. Poling, Esq.<br>cpoling@schuckitlaw.com |